UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Christina Admire v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11284-DRH |
| *Rebecca Bartelt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12419-DRH |
| *Elizabeth Betancourt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13168-DRH |
| *Erin Bradley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12418-DRH |
| *Kimberly Chantay Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12368-DRH |
| *Jackie Burgo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13558-DRH |
| *Melissa Bywater v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10576-DRH |
| *Melissa Calabro v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10967-DRH |
| *Amanda Charlton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11806-DRH |
| *Alexa Chavez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12722-DRH |
| *Joan Cobb v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12708-DRH |

| | |
|---|---|
| *Velvet Cober v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12417-DRH |
| *Hannah Coble v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10784-DRH |
| *Kathleen Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10585-DRH |
| *Lisa Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13379-DRH |
| *Beverly Everhart-Hopson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13570-DRH |
| *Bethany Durnal v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10180-DRH |
| *Sandra Fedler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13538-DRH |
| *Carla Fleming v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12581-DRH |
| *Terrie Gyarmati v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12376-DRH |
| *Tiffany Harris v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13574-DRH |
| *Brooke Hurst v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11287-DRH |
| *Kathy Johnston v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11668-DRH |
| *Wendy Kastner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12550-DRH |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 1, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
Deputy Clerk

**Dated:**  April 1, 2014

Digitally signed by David R. Herndon
Date: 2014.04.01 15:59:40 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**